In the Matter of the Application of DORATO-CERUTTI
CORPORATION, Respondent, against EDWIN J.
O'MALLEY, as Commissioner of Public Markets,
Appellant.

*Markets — permit for stands — assignment — when mandamus granted
to compel commissioner of public markets to approve transfer of
permits.*

*Matter of Dorato-Cerutti Corp.* v. *O'Malley,* 203 App. Div. 890,
affirmed.

(Argued January 10, 1923; decided January 30, 1923.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 10, 1922, which affirmed an order of
Special Term granting a motion for a peremptory writ
of mandamus to compel the commissioner of public
markets to approve the assignment and transfer to
petitioner of certain permits for stands in a public market
issued to another corporation. For more than thirty
years G. H. Lewis & Sons, Inc., had held many permits
for stands in West Washington Market. About a year
previous to the institution of this proceeding it transferred
to respondent, with the consent and approval of appellant,
permits for four of its stands. It is still the licensee of
five more stands and desires to assign two of them to
respondent. Appellant refused his consent to such
proposed assignment. The Special Term granted the
motion for mandamus upon the ground that the refusal
was arbitrary and unreasonable.

*George P. Nicholson,* Corporation Counsel (*John F.
O'Brien* and *John Lehman* of counsel), for appellant.

*Charles L. Hoffman* and *Henry A. Friedman* for
respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN and
ANDREWS, JJ. Dissenting: HOGAN, CARDOZO and
CRANE, JJ.